UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RAUSCH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:21-cv-00502-AWI-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF STEVE RAUSCH'S EX PARTE APPLICATION TO RESET MANDATORY SCHEDULING CONFERENCE AND ALL RELATED DATES FOR SIXTY (60) DAYS PURSUANT TO LOCAL RULE 144(c)<br><br>(ECF No. 10) |

    Plaintiff Steve Rausch ("Plaintiff") is proceeding through counsel in this action against the United States of America ("Defendant") pursuant to the Federal Tort Claims Act and 42 U.S.C. § 1983. (ECF No. 1.) Before the Court is Plaintiff's *ex parte* application to continue the Initial Scheduling Conference for sixty days. (ECF No. 10.)

    This is Plaintiff's second request to continue the Initial Scheduling Conference. On June 22, 2021, Plaintiff requested an extension of time to serve Defendant with the summons and complaint as well as a ninety-day continuance of the Initial Scheduling Conference. (ECF No. 5.) The Court denied Plaintiff's request to extend the service deadline without prejudice but continued the Initial Scheduling Conference to August 12, 2021. (ECF No. 8.)

///

Plaintiff filed the instant application to further continue the Initial Scheduling Conference on August 5, 2021. (ECF No. 10.) According to the application, Plaintiff served Defendant on July 2, 2021 by certified mail. (*Id.*) Plaintiff has received a return receipt from the United States Attorney's Office in Fresno, California, but otherwise has not received any communications from Defendant. (*Id.*) Defendant has not yet appeared in this case.

In light of the status of the case, the Court will continue the Initial Scheduling Conference. However, no further extensions will be granted absent good cause.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's *ex parte* application (ECF No. 10) to continue the Initial Scheduling Conference is GRANTED; and
2. The Initial Scheduling Conference currently set for August 12, 2021, is CONTINUED to October 21, 2021, at 2:30 PM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **August 9, 2021**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

2