# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RAUSCH,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants | CASE NO. 1:21-CV-0502 AWI EPG<br><br>**ORDER VACATING HEARING, ORDER TO SUBMIT PROPOSED AMENDED COMPLAINT, AND ORDER FOR THE PARTIES TO MEET AND CONFER** |

　　This is a prisoner civil rights lawsuit brought under 42 U.S.C. § 1983 for violations of the Eighth Amendment (inadequate medical care) against the United States by Plaintiff Steve Rausch, who is represented by counsel. Currently pending before the Court are two motions.

　　The first motion is a Rule 12(b)(1) motion to dismiss filed by the United States. See Doc. No. 14. In this motion, the United States argues that it is entitled to sovereign immunity, notwithstanding Rausch's compliance with the Federal Tort Claims Act. Hearing on this motion is set for November 1, 2021.

　　The second is a Rule 15 motion to amend filed by Rausch. See Doc. No. 19. This motion was filed on October 18, 2021, and is related to Rausch's opposition to the United States' Rule 12(b)(1) motion. Rausch's opposition and motion to dismiss request leave to file an amended complaint that names individual defendants instead of the United States.[1] See Doc. Nos. 18, 19. The opposition and motion indicate that only a "Dr. Moore" is known at this time and that other "doe defendants" will be identified through the discovery process. See id. Contrary to Local Rule

---

[1] The Court notes that a plaintiff may pursue a § 1983 *Bivens* claim against federal officials for inadequate medical care that violates the Eighth Amendment. See Vega v. United States, 881 F.3d 1146, 1152 (9th Cir. 2018).

137(c), Rausch did not attach as an exhibit a copy of his proposed amended complaint. Hearing on this motion has been noticed for December 6, 2021.

Given the procedural posture of this case, the Court believes that further filings from, and discussions between, the parties are in order. First, pursuant to Rule 137(c) Rausch will be required to file a proposed amended complaint. Second, Rausch's opposition and motion to amend essentially concede that the United States enjoys sovereign immunity for the claims alleged against it. There is no substantive argument against dismissal, there is simply a request to amend that purportedly address the United States' concerns by naming only individual defendants. The motions therefore appear to boil down to whether leave to amend is proper. Once Rausch files his proposed amended complaint, the parties will be required to meet and confer in order to determine whether a stipulation can be reached. If the parties can reach stipulations that resolve both pending motions, then additional resources from the parties and the Court need not be expended. Third, the Court does not find that holding a hearing on either pending motion would be productive at this time and thus, will vacate the two hearing dates. If no stipulations can be reached, the Court will require the parties to so notify the Court. The Court will then reset both motions to be heard simultaneously on a new date.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The November 1, 2021 and December 6, 2021 hearing dates on the parties' respective motions are VACATED;
2. As soon as possible, but in no event later than seven (7) days from service of this order, Plaintiff shall file a proposed amended complaint as described in his motion to amend;
3. As soon as possible, but in no event later than seven (7) days from service of Plaintiff's proposed amended complaint, the parties shall meet and confer in order to attempt to reach a stipulation that resolves the United States' motion to dismiss and Plaintiff's motion to amend;

2

4.  As soon as possible, but in no event later than twenty-one (21) days from service of this order, the parties shall file either a stipulation and/or a status report regarding the status of the case and the pending motion; and

5.  Upon receipt from the parties of a stipulation and/or a status report, the Court will issue further appropriate orders regarding the two pending motions.

IT IS SO ORDERED.

Dated:  October 19, 2021

SENIOR DISTRICT JUDGE