PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Electronic mail: jeffrey.lodge@usdoj.gov

Attorneys for the United States

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE RAUSCH, | ) | Case No. 1:21-cv-00502 AWI/EPG |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL;** |
| | ) | **[~~PROPOSED~~] ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Pursuant to the agreement of Plaintiff, Steve Raush, and the United States, ("the parties") by and through their respective counsel, and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Complaint for Money Damages filed on March 24, 2021, (Doc. 1) be dismissed without prejudice, each party to bear their own attorney fees and costs. The parties agree that the United States is not named as a party in the First Amended Complaint, Doc. 24, and no response to the complaint is required by the United States. The parties agree that the motion to dismiss, Doc. 14, filed by the United States, is now moot, and that the motion to amend the complaint, Doc. 19, filed by the Plaintiff is now moot.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 9, 2021                PHILLIP A. TALBERT

ACTING UNITED STATES ATTORNEY

/s/ Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant United States Attorney
Attorneys for the United States

Dated: November 9, 2021

(As authorized 11/09/2021)
By:   /s/Bennett M. Cohen
Bennett M. Cohen
Law Office of Bennett M. Cohen, PC
Attorney for Plaintiff
Steve Rausch

## [~~PROPOSED~~] ORDER

The above stipulation is APPROVED and this action is hereby DISMISSED WITHOUT

PREJUDICE as to the United States only.

IT IS SO ORDERED.

Dated:   November 9, 2021                    _____

SENIOR DISTRICT JUDGE