UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RAUSCH,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. MOORE, et al.,<br><br>          Defendants. | Case No.  1:21-cv-00502-AWI-EPG (PC)<br><br>ORDER AMENDING CAPTION AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 24) |

      Plaintiff Steve Rausch ("Plaintiff"), proceeding through counsel, commenced this action against the United States of America pursuant to the Federal Tort Claims Act and 42 U.S.C. § 1983 on March 24, 2021. (ECF No. 1.) On October 20, 2021, Plaintiff filed a First Amended Complaint naming Dr. Moore and Unknown Prison Employee Nos. 1 through 6 as defendants. (ECF No. 24.) Plaintiff filed a stipulation to dismiss the United States of America on November 9, 2021. (ECF No. 25.) On  November 10, 2021, Senior District Judge Anthony W. Ishii entered an order approving the parties' stipulation and dismissing the United States of America. (ECF No. 26.) In light of Senior District Judge Ishii's order, the caption is amended as set forth above and the Court will direct the Clerk of Court to issue summons and to update the docket. [1]

---

[1] On September 1, 2021, the Court entered a minute order vacating the scheduling conference previously set for October 21, 2021, pending a ruling on a motion to dismiss filed by the United States of America. (ECF No. 15.) In light of the dismissal of the United States of America, the scheduling conference will be reset as appropriate after the defendant(s) named in the First Amended Complaint have appeared in the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to issue a summons for defendant Dr. Moore and to update the docket to reflect that this action proceeds against Dr. Moore, Unknown Prison Employee No. 1, Unknown Prison Employee No. 2, Unknown Prison Employee No. 3, Unknown Prison Employee No. 4, Unknown Prison Employee No. 5, and Unknown Prison Employee No. 6.

IT IS SO ORDERED.

Dated:   **November 12, 2021**                    /s/ *Erin P. Grosjean*
                                                  UNITED STATES MAGISTRATE JUDGE