UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RAUSCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. MOORE, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00502-AWI-EPG (PC)<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 34) |

　　　On April 12, 2022, Plaintiff filed a notice of voluntary dismissal of this entire action without prejudice. (ECF No. 34.) In light of the notice, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　Dated:　**April 13, 2022**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1